THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* ALBERT P. WICKS, Appellant.

*People* v, *Wicks*, 11 App. Div. 539, affirmed.
(Argued November 29, 1897; decided December 14, 1897.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the fourth judicial department, entered January 4, 1897, which affirmed a judgment of the Ontario County Court, convicting the defendant of the crime of grand larceny.

*P. Chamberlain* and *John Gillette* for appellant.

*Royal R. Scott* for respondent.

Judgment affirmed; no opinion.
All concur.

---

BENJAMIN PARR et al., as Executors and Trustees of SUSAN P. LILIENTHAL, Deceased, Appellants and Respondents, *v.* THE CITY OF YONKERS, Respondent and Appellant.

*Lilienthal* v. *City of Yonkers*, 6 App. Div. 138, affirmed.
(Argued November 29, 1897; decided December 14, 1897.)

CROSS-APPEALS from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered December 29, 1896, which modified and, as modified, affirmed a judgment in favor of plaintiff, entered upon a decision of the court on trial at Special Term.

*Frederick W. Holls* and *Joseph F. Daly* for plaintiffs.

*James M. Hunt* for defendant.

Judgment affirmed on opinion below, without costs to either party.
All concur.